No. 85–1211.   RAJARAM *v.* A. S. ABELL PUBLISHING CO.   Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

---

*JUSTICE BRENNAN took no part in the consideration or decision of the orders announced on this date with the exception of No. 85–6333, *Egger* v. *Casey, Director, Central Intelligence Agency, et al., infra,* p. 1064.

Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6206.   GAYDOS v. STRELECKI ET AL.   Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.